2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 24-22415-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl Ann Oshnock
8253 State Route 819
Greensburg PA 15601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2026.

Name and Address of Alleged Transferor(s):

Claim No. 2: Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/31/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22415-CMB |
| Cheryl Ann Oshnock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 29, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16510741 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 00:42:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Colecchia | on behalf of Debtor Cheryl Ann Oshnock colecchia542@comcast.net dcolecchia@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Jill Manuel-Coughlin | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@powerskirn.com |
| Justin P. Schantz | on behalf of Debtor Cheryl Ann Oshnock jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Karina Velter | |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jul 29, 2026                                Form ID: trc                                Total Noticed: 1

on behalf of Creditor Lakeview Loan Servicing  LLC Kvelter@duanemorris.com, Kaitlyn.Pemper@powerskirn.com

Matthew Fissel

on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg

on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com


TOTAL: 8